IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:11CB3005 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| XAVIER R. KING, | ) | MOTION AND ORDER TO |
| | ) | DISMISS |
| Defendant. | ) | |

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
DEC - 1 2011
OFFICE OF THE CLERK

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and moves the Court to dismiss this matter at the request of the case agent.

UNITED STATES OF AMERICA

By: DEBORAH R. GILG
United States Attorney
District of Nebraska

And: *[signature]*
ALAN L. EVERETT #15387
Assistant U. S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, Nebraska 68508
Telephone: (402) 437-5241

IT IS SO ORDERED this 1st day of December, 2011.

BY THE COURT:

*[signature]*
CHERYL R. ZWART
United States Magistrate Judge